# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-0493
Lower Tribunal No. 14-7149
_____


**Julia Davis,**
Appellant,

vs.

**OneWest Bank, FSB,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Legal Services of Greater Miami, Inc., and Jeffrey M. Hearne, and Maxine M. Long; J. Muir & Associates, P.A., and Jacqueline C. Ledón, for appellant.

Burr & Forman LLP, and Joshua H. Threadcraft (Birmingham, AL), for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

This case was remanded to us for further consideration after the Florida Supreme Court decided <u>OneWest Bank, FSB v. Davis</u>, No. SC20-74, 2021 WL 3832348 (Fla. Aug. 21, 2021), quashing the decision by our court in <u>Davis v. OneWest</u>, 290 So. 3d 928 (Fla. 3d DCA 2019).  Adhering to the holding in <u>WVMF Funding v. Palmero</u>, 320 So. 3d 689 (Fla. 2021), we withdraw our previously entered mandate and opinion and hereby affirm the final judgment, in all respects.

Affirmed.